# IN THE SUPREME COURT OF THE STATE OF NEVADA

RUBEN PAUL PEREZ, A/K/A ENRIQUE ROCHA PEREZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68254

FILED

FEB 1 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying a petition for a writ of mandamus.[1] Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

In his petition, appellant requested that the district court assign a "special master" to search the court's archives for his sentencing transcripts to determine whether his written judgment of conviction contains a clerical error. Appellant fails to demonstrate that the district court abused its discretion by denying his petition. *See Kay v. Nunez*, 122 Nev. 1100, 1105, 146 P.3d 801, 805 (2006) ("When reviewing a district court order resolving a petition for mandamus relief, this court considers whether the district court has abused its discretion."); *see generally*

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and additional briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

16-04398

*Bradley v. State*, 109 Nev. 1090, 1095, 864 P.2d 1272, 1275 (1993) (discussing the effect of an oral sentence pronouncement). Accordingly, we

ORDER the judgment of the district court AFFIRMED.[2]

_____, C.J.
Parraguirre

_____, J.
Douglas

CHERRY, J., concurring:

I concur.

_____, J.
Cherry

cc: Hon. Douglas W. Herndon, District Judge
Ruben Paul Perez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

_____

[2]We have received the document appellant submitted on October 19, 2015, and conclude that no relief is warranted based upon this submission.

SUPREME COURT
OF
NEVADA

(O) 1947A